JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYKAK KARAPETYAN; SIRANUSH SARGSYAN; and NINA KARAPETYAN, <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, Secretary, Department of Homeland Security; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services; TED H. KIM, Associate Director of Refugee, Asylum, and International Operations, United States Citizenship and Immigration Services; and TODD BLANCHE, Acting Attorney General, Department of Justice, <br><br> Defendants.[1] | Case No. 2:24-cv-05838-SPG (AGRx) <br><br> **JUDGMENT** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court automatically substitutes Markwayne Mullin for Alejandro Mayorkas as Secretary for the Department of Homeland Security, Joseph B. Edlow for Ur Jaddou as Director for United States Citizenship and Immigration Services, and Todd Blanche for Merrick Garland as Acting Attorney General.

-1-

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants Markwayne Mullin, Secretary, Department of Homeland Security; Joseph Edlow, Director, United States Citizenship and Immigration Services ("USCIS"); Ted Kim, Associate Director of Refugee, Asylum and International Operations, USCIS; and Todd Blanche, Acting Attorney General, Department of Justice.

**IT IS SO ORDERED.**

DATED:  July 7, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-